[No. 3258. Decided February 9, 1900.]

P. W. STRADER, *Appellant*, v. OTTO NOERDLINGER, *Respondent*.

Appeal from Superior Court, Whatcom County.—Hon. HIRAM E. HADLEY, Judge. Affirmed.

*Kerr & McCord*, for appellant.

*D. M. Woodbury* and *Dorr & Hadley*, for respondent.

PER CURIAM.—From a detailed examination of the record in this case, we are satisfied that no prejudicial error was committed by the court in the admission or rejection of testimony, or in the instructions given or refused. The testimony was con-

flicting, and, the jury having decided the questions of fact, their decision will not be disturbed by this court.

The judgment is affirmed.